CHAMPNEY v. HAAG.

(Circuit Court, E. D. Pennsylvania. March 18, 1903.)

No. 42.

1. COPYRIGHTS—REPRODUCTION OF PHOTOGRAPHS—INFRINGEMENT.
   Where illustrations published by defendant, which were alleged to
   constitute an infringement of the copyright on plaintiff's painting, were
   reproductions of a copyrighted photograph of such painting, and not of
   the painting, such illustrations constituted an infringement of the copy-
   right on the photographs only, and not on the copyright of plaintiff's
   painting.

Motion by Defendant for Judgment upon Reserved Point, Not-
withstanding the Verdict.

Henry C. Quinby, for plaintiff.
Ira J. Williams, for defendant.

J. B. McPHERSON, District Judge.   Upon more careful examina-
tion and consideration than was possible at the trial, I am satisfied
that the evidence shows beyond question that the illustrations pub-
lished by the defendant were reproductions of the photograph that had
been copyrighted by Curtis & Cameron, and were not reproductions
of the plaintiff's painting by any other hand or by any other process.
If the photograph was copyrightable by reason of possessing artistic
value that had been contributed to it by the photographers, the right
of action for the publication complained of would belong to them, and
not to the painter.   No attempt was made at the trial of this suit to
attack the photographers' copyright, and it was therefore necessary
to regard it as at least prima facie valid.   No doubt it was attacked
in another suit brought by the photographers themselves, but that pro-
ceeding was still undetermined, no final judgment having been entered
when the trial of this action took place.   For these reasons, it seems
to me that the verdict, which rests necessarily upon the finding that
the illustrations in question were not copied from the photograph,
has no foundation in the testimony, and that the plaintiff's case entirely
failed of support.   The defendant, I think, is entitled to judgment not-
withstanding the verdict.   To the entry of such judgment, an exception
is granted to the plaintiff.